**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-28T **DATE**: July 21, 2005
**TITLE OF CASE:** USA v. Joe Martinez

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**
**INTERPRETER:** **Ana-Cecelia Rosado**

---

**COUNSEL PRESENT**

Government: Terrence P. Donnelly, AUSA

Defendant: Joseph J. Voccola, Esq.

Probation: Dennis Jenkins

---

**PROCEEDINGS:** **Sentencing**

July 21, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. Defense withdraws safety valve request as it is not applicable. Counsel argues enhancement and Presentence Investigation Report. Court finds that Probation has accurately calculated offense level and criminal history. Defendant allocutes. Court sentences defendant to 46 months incarceration with 5 years supervised release. Special conditions: Restitution in the amount of $48,225.00 to Domestic Bank and $166,268.00 to Digital Federal Credit Union; Surrender to Immigration for possible deportation and if deported, remain outside of the United States for the period of supervised release; Fine waived due to restitution obligation; Special Assessment of $100.00. Government's Motion to Dismiss related case CR04-122 USA v. Joe Martinez - Granted.

Recess